UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTY LOZANO,

          Case Number:  3:22-cv-196-MMH-PDB

    Plaintiff,

v.

PRAGATKRUPA CORP and
AMBRISH PATEL,

    Defendants.
--------------------------------------/

## ANSWERS TO COURT ORDERED INTERROGATORIES

My name is Kristy Lozano I am over 18 years old and am a Florida resident. I am the Plaintiff in this case. In response to the Court's Questions, I submit the following declaration:

1. During what period of time were you employed by the Defendant?

**RESPONSE:** I was employed at Baymont Inn & Suites with the management company from April 2021 - August 2021.

2.   Who was your immediate supervisor?

**RESPONSE:** My immediate supervisor was Bahavin Patel.

3.   Did you have a regularly scheduled work period? If so, specify.

**RESPONSE:** My regularly scheduled work period was supposed to be from 3pm - 11pm for 5 days a week. But I was working more than that. I worked anywhere from 1 pm to12 am 7 days a week.

4.   What was your title or position? Briefly describe your job duties.

**RESPONSE:** My job title or position was the front desk clerk. My duties included answering phones, making or canceling reservations, and checking guests in and out. I greeted customers when they arrived and when they left. I accepted all forms of payment and kept all paperwork neat and orderly. I entered data into the computer as needed, I made sure that guests were taken good care of, and provided everything to them to make them happy. I used customer service skills to take care of the complaints made by guests.

5. What was your regular rate of pay?

**RESPONSE:** My regular rate of pay was $8.75 an hour.

6. Please Provide an accounting of your claim, including:

(a) dates
(b) regular hours worked
(c) over-time hours worked
(d) pay received versus pay claimed
(e) total amount claimed

**RESPONSES:**

a. April 2021 - August 2021

b. 5 days a week @ $8.75 an hour X 8 hours = $350 per week, $350 X 2 weeks = $700 (we got paid bi-weekly) $700 = before deductions (taxes) biweekly.

c. 2 extra days a week @ 8 hours a day X 8.75 per hour = $140 X 2 weeks = $280 biweekly before deductions for overtime.

   7 hours of overtime a week added on to every night = 23 hours
   23 X 8.75 per week = 201.25 = (414 hours)
   120.25 X 18 weeks = $3,622.50 or if this is considered time and one-half such as overtime then my pay would come out to $5433.75.

d. Pay received was a total of 40 hours per week. No overtime was calculated and I was paid straight time.

e. Total amount claimed $3,622.50 unless it's considered at time and one-half for holidays and regular overtime, then the pay rate would be $5,433.75. Plus, liquidated damages, attorneys' fees, and costs.

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**RESPONSE:** I believe my attorney first reached out to my employer at the end of January or early February with the written complaint.

8. Was this complaint written or oral? (If a written complaint, please attach a copy.)

**RESPONSE:** A complaint was written and filed by my attorney.

9. What was your employer's response? (If a written response, please attach a copy).

**RESPONSE:** I'm not sure of my employers response to my attorney about everything, but he did call me on February 23rd, 2022 around 11 am form a restricted number which I didn't answer.

10. Did you maintain any records of the hours you worked? If so, identify all such records.

**RESPONSE:** All the records I maintained are with my attorney.

**I have read the foregoing.  Under penalties of perjury, and pursuant to 18 USC 1621 and 1623 and 28 USC 1746, I declare that the above facts and statements are true and correct.**

**SIGNATURE:** _____**KRISTY LOZANO**_____
          KRISTY LOZANO

**Date:** _____03-15-2022_____