UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTY LOZANO,

        Case Number:  3:22-cv-196-MMH-PDB

    Plaintiff,

v.

PRAGATKRUPA CORP and
AMBRISH PATEL,

    Defendants.
-------------------------------------/

## COMPLIANCE WITH LOCAL RULE 3.03

The undersigned, counsel for Kristy Lozano, files this compliance with Local Rule 3.03 as per the Court's Order dated February 24, 2022, and states as to each:

(1) <u>each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;</u>

**Response**:

    a.    Plaintiff, Kristy Lozano

    b.    Defendant, Abrish Patel

    c.    Defendant, Pragatkrupta Corp.

    d.    The undersigned, Michael Massey, Esq.

(2) <u>each entity with publicly traded shares or debt potentially affected by the outcome;</u>

**Response**:

None.

(3) <u>each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee; and</u>

**Response**:

None.

(4) <u>each person arguably eligible for restitution.</u>

**Response**:

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:  March 21, 2022

By <u>/s Michael Massey</u>
Massey & Duffy
352-505-8900
855 E. Univ. Avenue
Gainesville, Florida 32601
FBN 153680
Massey@352law.com
Lead Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been served this 21st day of March 2022 via electronic mail to Defendants at: baymontinnlakecity@gmail.com.

/s/ Michael Massey
Michael Massey