# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KRISTY LOZANO,

    Plaintiff,

v.

Case Number: 3:22-cv-196-MMH-PDB

PRAGATKRUPA CORP and
AMBRISH PATEL,

    Defendants.

------------------------------------/

## NOTICE OF FILING

The undersigned, counsel for Kristy Lozano, files this "Response to 3:22-cv-196-MMH-PDB" received in the mail.

Dated: March 21, 2022

By /s Michael Massey
Massey & Duffy
352-505-8900
855 E. Univ. Avenue
Gainesville, Florida 32601
FBN 153680
Massey@352law.com
Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served this 21st day of March 2022 via electronic mail to Defendants at: baymontinnlakecity@gmail.com.

                                          /s/ Michael Massey
                                          Michael Massey

Michael Massey
Massey & Duffy, PLLC
855 E. Univ. Avenue
Gainesville, Florida 32601

IN THE COUNTY/CIRCUIT COURT,

IN AND FOR COLUMBIA COUNTY, FLORIDA

**Subject:** Response to **CASE NO: 3:22-cv-196-MMH-PDB**, Complaint filed by Ms. Kristy Lozano.

Dear Sir,

We wanted to respond to the complaint filed by Ms. Kristy Lozano for underpayment during the time she worked at Baymont Inn motel, we would like to deny her claim that she was underpaid for the hours she worked. We have paid her cash, upon her request for all the additional hours (beyond regular 8 hours per day) she worked during the day.

Ms. Lozano worked total of 75 Hours and 30 Minutes additional hours (beyond regular 8 hours per day) during the time she worked as front desk clerk, for which we have already paid her $ 671.03 in cash as regular wages, receipt of which have been signed and attached to this email as well and actual timecard punch are attached.

At Baymont Inn we have never intended to make any employee work more than 8 hours per day, we discussed about hiring an additional employee for front desk support, to which Ms. Lozano requested to allow her to work additional hours and pay her regular wages in form of cash for any additional hours she worked beyond 8 hours per day. She has acknowledged the cash payments received during this period, the copies of signed acknowledgements are provided as attachments with this response.

She also additionally discussed about her need to make extra money to support her family and we empathically agreed to allow her to work additional hours and pay her in cash per her requirements and not realizing that she would be using this against us. We think it was not morally right for Ms. Lozano to file this complaint, when we went out of our way to support her financial needs.

Additionally she was usually late to report at work, to which we never objected, as we knew she was taking care of her four kids, we have attached the time cards for each day she worked at our motel and it clearly shows that.

Al that being said we would like to settle this complaint with Ms. Lozano in a best possible way that works out for all of us.

Thanks for giving us opportunity to respond to this complaint and we are looking forward to work with you.

Sincerely,

<u>Ambrish Patel</u>

7th March 2022

| Name | Last Name | 4-21 WED | 4-22 THR | TOTAL | 4-23 FRI | 4-24 SAT | 4-25 SUN | 4-26 MON | 4-27 TUS |
|---|---|---|---|---|---|---|---|---|---|
| Kristy | Lozano | | 8 | 8 | | 8 | 8 | 8 | 0 |
| 4-28 WED | 4-29 THR | 4-30 FRI | TOTAL | 5-1 SAT | 5-2 SUN | 5-3 MON | 5-4 TUE | 5-5 WED | 5-6 THR |
| 0 | 8 | 8 | 8 | | 8 | 8 | 8 | 0 | |

I have received cash payment for working at Baymont inn between date of 5/21 to 6/3

Name: Kristy Lozano (Kristy Lozano)
Pick up date: 6/4/21

## RECEIPT

date 06/04/21  No. 095151
received from Baymont inn  $ 111.65
_____ dollars
for payment of work Front
☑ cash  ○ money order  ○ credit card  ○ check # _____

| amount due | |
|---|---|
| amount paid | |
| balance | |

from 5/21 to 6/3
signature Kristy Lozano

DC250IWS

Total Paid — 111.65
Total Hours — 12 hr & 45 m

12.76 — 111.65
43.9 — 395.1

17.50
08.50
26.00

I have received cash payment of 229.25 for working at Baymont Inn for the pay between dates of ~~6/18/21 to 7/1/21~~
7/2 to 7/15

Name: Kristy Lozano

26.2

Pick up date:

Signature:

Total Paid $ 229.25
Total hours   26 hours & 10 min

I have received cash payment of $62.47 for 7hours and 14min working at Baymont Inn for the pay between dates of 7/16/21 to 7/29/21

Name: Kristy A Lozano  *Kristy Lozano*

Pick up date: 7/31/21

Signature:

I have received cash payment of 82.52 for 9hours and 34min working at Baymont Inn for the pay between dates of 7/30/21 to 8/12/21

Name: Kristy Lozano

Pick up date: 8/14/21

Signature: *Kristy Lozano*

I have received cash payment of $89.33 for 10housrs and 21min working at Baymont Inn for the Pay between date of 8/13/21 to 8/26/21

Name: Krishty Lozano

Pick up date:

Signature: *[signed]*

I have received cash payment for working at Baymont Inn for the pay period between dates of 6/17/21 to 7/1/21

$95.81

Name: Kristy Igee

Pick up date: 7/2/21

10h95mi

## RECEIPT

date 7/2/21 No. 095156

received from Baymont inn  $ 95.81

_____ dollars

for payment of Working Front afternoon

(✓) cash   ( ) money order   ( ) credit card   ( ) check # _____

amount due
amount paid       from 6/18 to 7/2
balance           signature Kristy Igee

DC250IWS

$ 95.81

Total Hours — 9 Hours. 58 minute

## Kristy

| Date | Day | Time in | Time out |
|---|---|---|---|
| 5/21 | Fri | 15:35 | 23:45 |
| 5/22 | Sat | 15:05 | 23:15 |
| 5/23 | Sun | 15:03 | 23:05 |
| 5/24 | Mon | 15:15 | 23:10 |
| 5/25 | Tues | 15:12 | 23:05 |
| 5/27 | Thurs | 15:30 | 23:08 |
| 5/28 | Fri | 15:18 | 23:12 |
| 5/30 | Sat | 15:11 | 23:13 |
| 5/31 | Sun | 15:06 | 23:07 |
| 6/1 | Tues | 15:20 | 23:10 |
| 6/2 | Wed | 16:02 | 00:06 |
| 6/3 | Thurs | 15:20 | |

## Kristy 5/3

| Day | Time in | Time out | Date |
|---|---|---|---|
| Mon | 15:10 | 23:15 | 5/3 |
| Tues | 15:16 | 23:10 | 5/4 |
| Thurs | 15:10 | 23:05 | 5/6 |
| Fri | 16:02 | 23:45 | 5/7 |
| Sun | 15:16 | 00:30 | 5/9 |
| Mon | 15:07 | 23:11 | 5/10 |
| Tues | 15:10 | 23:05 | 5/11 |
| Thurs | 15:06 | 23:15 | 5/13 |
| Fri | 15:12 | 23:38 | 5/14 |
| Sun | 15:30 | 23:30 | 5/16 |
| Mon | 15:00 | 23:10 | 5/17 |
| Tues | 15:15 | 23:08 | 5/18 |
| Thurs | 15:34 | 23: | |

## Kristy 4/19

| Day | Time in | Time out | Date |
|---|---|---|---|
| Mon | 15:32 | 23:00 | 4/19 |
| Tues | 13:30 | 23:10 | 4/20 |
| Wed | 15:02 | 23:04 | 4/21 |
| Thurs | 15:07 | 23:08 | 4/22 |
| Fri | 15:04 | 23:30 | 4/23 |
| Sat | 15:10 | 23:15 | 4/24 |
| Sun | 15:05 | 23:05 | 4/25 |
| Mon | 15:00 | 23:02 | 4/26 |
| Thur | 15:01 | 23:05 | 4/29 |
| Fri | 15:16 | 23:20 | 4/30 |
| Sat | 15:08 | 23:35 | 5/1 |
| Sun | 15:30 | 23:10 | 5/2 |
| Mon | 15:10 | 23:15 | 5/3 |

# Card 037 — Kristy

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 15:15 | — | 23:05 | — | Fri 7/2 | |
| 15:10 | — | 23:10 | — | Sat 7/3 | |
| 15:05 | — | 23:15 | — | Sun 7/4 | |
| 15:20 | — | 23:00 | — | Mon 7/5 | |
| 14:58 | — | 23:06 | — | Tues 7/6 | |
| 15:30 | — | 23:02 | — | Wed 7/7 | |
| 14:05 | — | 23:08 | — | Thurs 7/8 | |
| 15:25 | — | 23:15 | — | Fri 7/9 | |
| 15:09 | — | 23:20 | — | Sun 7/10 | |
| 15:30 | — | 23:04 | — | Mon 7/12 | |
| 15:15 | — | 23:12 | — | Tues 7/13 | |
| ●11:30 | — | 23:01 | — | Wed 7/14 | |
| 13:32 | — | 23:00 | — | Thurs 7/15 | |

# Card 017 — Kristy

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 18:00 | 02:00 | — | — | Fri 6/18 | |
| 15:45 | — | 23:05 | — | Sun 6/20 | |
| 15:15 | — | 23:08 | — | Mon 6/21 | |
| 14:58 | — | 23:02 | — | Tues 6/22 | |
| 15:05 | — | 23:15 | — | Wed 6/23 | |
| 15:30 | — | 23:10 | — | Thurs 6/24 | |
| 15:15 | — | 23:05 | — | Fri 6/25 | |
| 15:02 | 20:20 | — | — | Sat 6/26 | |
| 14:45 | — | 23:03 | — | Sun 6/27 | |
| 14:55 | — | 23:02 | — | Mon 6/28 | |
| 15:10 | — | 23:05 | — | Wed 6/30 | |
| 14:58 | — | 23:00 | — | Thurs 7/1 | |

# Card 014 — Kristy

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 15:05 | — | 23:03 | — | Sun 6/6 | |
| 15:00 | — | 23:00 | — | Mon 6/7 | |
| 15:02 | — | 23:01 | — | Tues 6/8 | |
| 15:15 | — | 20:15 | — | Wed 6/9 | |
| 15:00 | — | 21:35 | — | Fri 6/11 | |
| 15:05 | — | 21:02 | — | Mon 6/14 | |
| 15:04 | — | 23:02 | — | Tues 6/15 | |
| 15:15 | — | 23:05 | — | Thurs 6/17 | |

## Card 1 (No. 032)

Side-1  No. 032

Name: Kristy

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 15:00 | - | 23:05 | - | Sat | 8/14 |
| 17:00 | - | 23:03 | - | Sun | 8/15 |
| 15:00 | - | 23:00 | - | Mon | 8/16 |
| 14:15 | - | 23:10 | - | Tues | 8/17 |
| 15:04 | - | 23:30 | - | Wed | 8/18 |
| 16:02 | - | 23:15 | - | Thurs | 8/19 |
| 15:10 | - | 23:02 | - | Fri | 8/20 |
| 15:15 | - | 23:04 | - | Sat | 8/21 |
| 15:10 | - | 28:30 | - | Sun | 8/22 |
| 15:15 | - | 23:00 | - | Mon | 8/23 |
| 15:30 | - | 23:00 | - | Tues | 8/24 |
| 15:15 | - | 23:05 | - | Wed | 8/25 |

## Card 2 (No. 012)

Side-1  No. 012

Name: Kristy

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 13:32 | - | 23:15 | - | Fri | 7/30 |
| 15:30 | - | 23:10 | - | Sat | 7/31 |
| 15:15 | - | 23:00 | - | Sun | 8/1 |
| 14:05 | - | 23:20 | - | Tues | 8/3 |
| 13:05 | - | 23:05 | - | Wed | 8/4 |
| 13:10 | - | 17:45 | - | Thurs | 8/5 |
| 8:15 | - | 23:11 | - | Thurs | 8/5 |
| 15:00 | - | 23:04 | - | Sat | 8/7 |
| 13:02 | - | 23:06 | - | Sun | 8/8 |
| 18:00 | - | 23:08 | - | Mon | 8/9 |
| 16:30 | - | 23:12 | - | Tues | 8/10 |
| 15:10 | - | 23:00 | - | Thurs | 8/12 |

## Card 3 (No. 044)

Side-1  No. 044

Name: Kristy

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 15:03 | - | 23:05 | - | Fri | 7/16 |
| 15:02 | - | 23:10 | - | Sun | 7/18 |
| 15:15 | - | 23:15 | - | Mon | 7/19 |
| 15:04 | - | 23:06 | - | Tues | 7/20 |
| 15:20 | - | 23:04 | - | Wed | 7/21 |
| 16:30 | - | 23:12 | - | Thurs | 7/22 |
| 15:10 | - | 23:15 | - | Fri | 7/23 |
| 15:05 | - | 23:14 | - | Sat | 7/24 |
| 15:25 | - | 23:02 | - | Sun | 7/25 |
| 15:06 | - | 20:16 | - | Mon | 7/26 |
| 15:30 | - | 23:02 | - | Thurs | 7/29 |

Side-1  For AT-4500 Part # C-AT45TC50

No. 047

Name kristy

Period

Hours _____ Rate _____ Amount _____

Signature

| IN | OUT | Daily RH | OT | Total RH | OT |
|---|---|---|---|---|---|
| 15:30 | 23:02 | | | | Fri 3/2 |
| 15:30 | 23:06 | | | | Sat 3/26 |

To Reorder Contact Allied Time USA 888-860-2535
www.alliedtime.com